AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JAMES LEE LIKE,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:08-CV-00255-RCJ-VPC

JACK PALMER, et al,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**  that the petition for a writ of habeas corpus [4 ] is DENIED.   FURTHER ORDERED that a Certificate of Appealability is GRANTED on whether this court was correct in its ruling that the Nevada Supreme Court reasonably applied clearly established federal law when it determined that petitioner's sentence was not grossly disproportionate in violation of the Eighth Amendment.

 October 27, 2010                                            **LANCE S. WILSON**
                                                                           Clerk

                                                            /s/  M. Campbell
                                                            Deputy Clerk